**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ronnie LOGAN, Defendant—Appellant.**

No. 09–6086.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 20, 2009.

Ronnie Logan, Appellant Pro Se.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Logan appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Logan,* No. 3:00–cr–00068–MR–1 (W.D.N.C. Jan. 13, 2009). We deny Logan's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*